UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RACHAEL FULLER,

   Plaintiff,

-vs-                                      CASE NO.:  3:15-CV-00534-BJD-PDB

JP MORGAN CHASE BANK, N.A..

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, RACHEL FULLER, by and through her undersigned attorney, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and hereby files this Notice of Voluntary Dismissal Without Prejudice of the above captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically on this 9th day of July, 2015, and served upon all counsel of record, in accordance with the Court's Electronic Filing Guidelines.

                                      */s/ Tav Gomez*
                                      Octavio"Tav" Gomez, Esquire
                                      Florida Bar No: 338620
                                      Morgan & Morgan,  P.A.
                                      One Tampa City Center
                                      201 N. Franklin Street, 7th Floor
                                      Tampa, FL 33602
                                      Tele:  (813) 223-5505
                                      Fax: (813) 223-5402
                                      TGomez@ForThePeople.com
                                      Attorneys for the Plaintiff