UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RACHEL FULLER,

    Plaintiff,

v.                                                                                       Case No. 3:15-cv-534-J-39PDB

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 15; Notice) filed by Plaintiff on July 9, 2015. In the Notice, Plaintiff states that she is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby ORDERED:

1.    This case is **DISMISSED** without prejudice.

2.    The Clerk of the Court is directed to close the file.

**DONE and ORDERED** in Jacksonville, Florida this 20th day of July, 2015.

BRIAN J. DAVIS
United States District Judge

em

Copies to:

Counsel of Record